# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1348
_____

United States of America,               *
                                        *
                Appellee,               *
                                        *   Appeal from the United States
        v.                              *   District Court for the
                                        *   Northern District of Iowa.
Edward Thomas Koch,                     *
                                        *   [UNPUBLISHED]
                Appellant.              *

_____

Submitted: May 19, 2009
Filed: June 10, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

        Edward Thomas Koch appeals the sentence the district court[1] imposed after revoking his supervised release. Upon review, we conclude that Koch's revocation sentence of 5 months in prison and 24 months of supervised release is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness). First, the 5-month prison term did not exceed the statutory maximum authorized for Koch's underlying Class C felony, see 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

of supervised release is 2 years for Class C felony), and the total revocation sentence, including the supervised-release term, did not exceed the statutory maximum of 3 years, <u>see</u> 18 U.S.C. § 3583(b)(2) (maximum term of supervised release for Class C felony is 3 years), 3583(h) (length of supervised-release term imposed upon revocation may not exceed term of supervised release authorized for underlying offense, less any term of imprisonment imposed upon revocation).  Second, the revocation sentence resulted from the district court's consideration of proper 18 U.S.C. § 3553(a) factors.  <u>See</u> 18 U.S.C. § 3583(e) (specifying § 3553(a) factors courts must consider in revocation decision); <u>United States v. Nelson</u>, 453 F.3d 1004, 1006 (8th Cir. 2006) (appellate court reviews revocation sentence to determine whether it is unreasonable in relation to, inter alia, advisory Guidelines range and § 3553(a) factors).

Accordingly, we affirm the judgment.  We also grant counsel's motion to withdraw.

_____